## DILBECK v. ESTEP et ux.

### No. 2333.

Court of Civil Appeals of Texas. Waco.

Dec. 12, 1940.

Harry I. Freedman and Franklin E. Spafford, both of Dallas, for plaintiff in error.

Tom D. Matthews, of Dallas, for defendants in error.

ALEXANDER, Justice.

The parties herein have filed a sworn motion, alleging that the matters in controversy have been settled, and praying that the judgment of the trial court be reversed and the cause remanded to the trial court, with instructions to dismiss same at the cost of plaintiff in error.

Said motion is submitted and granted and the judgment of the trial court is reversed and the cause remanded with instructions to the trial court to dismiss the same at cost of plaintiff in error.